**Appeal reinstated and Order filed April 26, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00491-CR
_____

**RICARDO OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1567655**

## ORDER

This appeal was abated in order for findings of fact and conclusions of law to be submitted regarding appellant's challenged statements. A supplemental clerk's record containing the trial court's signed findings of fact and conclusions of law on those matters was filed April 20, 2022. Accordingly, this appeal is hereby reinstated. Further, in order to afford the parties an opportunity to address the trial court's findings, appellant will be permitted to file supplemental briefing.

Appellant's supplemental brief, if any, is due on or before May 26, 2022. The State's brief will be due thirty days after appellant files a supplemental brief. If appellant fails to file a supplemental brief, the State's brief will be due in sixty days.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.